UNITED STATES DISTRICT COURT

Northern District of California

BRENT ROTHENBUSCH,

           Plaintiff(s),

   v.

DIVERSIFIED COLLECTION SERVICES INC,

           Defendant(s).

No. C 11-04295 MEJ

**ORDER RE: SETTLEMENT**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates any pending deadlines and/or hearing. The parties shall file a stipulation of dismissal by December 14, 2011. If a stipulation of dismissal is not filed by that date, the parties are ordered to file a joint status report.

**IT IS SO ORDERED.**

Dated: November 10, 2011

                                                     Maria-Elena James
                                                     Chief United States Magistrate Judge