UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BRENT ROTHENBUSCH,<br><br>               Plaintiff(s),<br>  v.<br><br>DIVERSIFIED COLLECTION SERVICES INC,<br><br>               Defendant(s).<br>_____/ | No. C 11-04295 MEJ<br><br>**ORDER RE: SETTLEMENT** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates any pending deadlines and/or hearing.  The parties shall file a stipulation of dismissal by December 14, 2011.  If a stipulation of dismissal is not filed by that date, the parties are ordered to file a joint status report.

**IT IS SO ORDERED.**

Dated: November 10, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge