UNITED STATES  DISTRICT COURT

Northern District of California

| | |
|---|---|
| BRENT ROTHENBUSCH, | No. C 11-04295 MEJ |
| Plaintiff, | **ORDER RE STATUS** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES INC, | |
| Defendant. | |
| _____/ | |

On November 10, 2011, the Court ordered the parties to file a stipulation of dismissal or joint status report by December 14, 2011.  As the parties have failed to comply, the Court ORDERS the parties to file a joint status report by February 14, 2012..

**IT IS SO ORDERED.**

Dated: February 1, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California