Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Brent Rothenbusch

*GRANTED — Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

**BRENT ROTHENBUSCH,**

Plaintiff,

vs.

**DIVERSIFIED COLLECTION SERVICES, INC., et. al.,**

Defendant.

CASE NO.: 3:11-cv-04295-MEJ

**VOLUNTARY DISMISSAL**

     Please take notice that the Plaintiff dismisses his case with prejudice pursuant to FRCP 41(a)(1).

     Dated: February 1, 2012    LARA SHAPIRO

                                      */s/ Lara Shapiro*
                    Lara Shapiro, Attorney for Brent Rothenbusch