GRANTED
*Judge Maria-Elena James*

Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Brent Rothenbusch

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **BRENT ROTHENBUSCH,** <br><br> Plaintiff, <br><br> vs. <br><br> **DIVERSIFIED COLLECTION SERVICES, INC., et. al.,** <br><br> Defendant. | CASE NO.: 3:11-cv-04295-MEJ <br><br> **VOLUNTARY DISMISSAL** |

Please take notice that the Plaintiff dismisses his case with prejudice pursuant to FRCP 41(a)(1).

Dated: February 1, 2012    LARA SHAPIRO

__/s/ Lara Shapiro____
Lara Shapiro, Attorney for Brent Rothenbusch

VOLUNTARY DISMISSAL                                              Case No. 3:11-cv-04295-MEJ